UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-mc-21320-WILLIAMS

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY, IMMIGRATION
AND CUSTOMS ENFORCEMENT

    Petitioner,

vs.

MARVIN REYES VENTURA,

    Respondent.
_____/

## ORDER

**THIS MATTER** is before the Court on the Department of Homeland Security, Immigration and Customs Enforcement's (ICE) Emergency Petition for Entry of Court Order Permitting Involuntary Administration of Nutrients, Hydration, Laboratory Tests, and Routine Medical Examinations (the "Petition"). [DE 1.] The Court held a telephonic status conference on the Petition on April 7, 2021, in which counsel for Petitioner and Respondent were present, and Mr. Reyes Ventura ("Respondent") attended through the aid of an interpreter. Based on the record, including the exhibits filed by Respondent [DE 9], the Court finds that an emergency condition exists: Respondent's refusal to voluntarily obtain adequate nutrition and hydration has caused a significant deterioration in his physical condition.

    Consequently, the Court finds that involuntary laboratory testing and physical examinations are medically necessary to accurately assess the state of Respondent's health, and determine whether additional medical intervention is necessary to preserve

his life.  The Court further finds there is a need to take immediate action to preserve Respondent's health due to the deterioration in his physical condition.  Therefore, as discussed during the hearing, it is **ORDERED** that the Petition [DE 1] is **GRANTED IN PART** as follows:

1. ICE is **AUTHORIZED**, through competent medical authority, including the medical staff at Larkin Community Hospital, Miami, Florida, to perform involuntary laboratory tests deemed medically necessary on Respondent, to include blood draws and urinalysis, and to perform involuntary physical examinations deemed medically necessary on Respondent, including weight checks, blood pressure diagnostics, and heart pressure examinations, in the event he refuses to cooperate with such test and exams.

2. If, in the professional medical judgment of Respondent's treating physician, Respondent's hunger strike has jeopardized his health such that serious bodily harm or permanent damage to his health is likely to occur, ICE is authorized, through competent medical authority, including the medical staff at Larkin Community Hospital, to involuntarily administer hydration to Respondent by means of an intravenous line.

3. At its earliest convenience, Petitioner shall provide copies of Respondent's medical records from Krome Detention Center and Larkin Community Hospital to Respondent's counsel.

4. At their earliest convenience, counsel for Respondent shall file a notice regarding their plans to visit Mr. Ventura at Larkin Community Hospital.

This order shall remain in effect until **April 15, 2021**.  As discussed during the

April 7, 2021 hearing, the Court may supplement, amend, or renew this order based on the condition Mr. Ventura's health and the need for medical intervention.

**DONE AND ORDERED** at Miami, Florida, this <u>7th</u> day of April, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: Rebecca Ann Sharpless, Esq.
Leena Khandwala, Esq.
**Counsel for Respondent**

Zakarij Neil Laux
**Assistant United States Attorney**