UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-mc-21320-WILLIAMS

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY, IMMIGRATION
AND CUSTOMS ENFORCEMENT

    Petitioner,

vs.

MARVIN REYES VENTURA,

    Respondent.
_____/

## ORDER

**THIS MATTER** is before the Court *sua sponte*. In preparation for the hearing scheduled for April 12, 2021 at 2:00 PM, it is **ORDERED AND ADJUDGED** that:

1. Petitioner shall file under seal Respondent's medical records from November 2019 to present by no later than **April 11, 2021 at 5:00PM**. Petitioner shall file all available medical records from Essex County Correctional Facility, Bergen County Jail, Krome Detention Center, and Larkin Community Hospital.

2. Petitioner shall file under seal the lab test results from Larkin Community Hospital as soon as they are made available on April 12, 2021.

**DONE AND ORDERED** in chambers in Miami, Florida this 10th day of April, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE